

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

JAMES F. HORTON
*Assistant Corporation Counsel*
phone: (212) 356-2647
fax: (212) 356-3509
email: jhorton@law.nyc.gov

June 19, 2015

**VIA ECF**
Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Christopher Roth v. City of New York, et al.,
        14-CV-7251 (RJD) (SMG)

Your Honors:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, representing defendants City of New York, Police Officer Daniel Golat, and Police Officer Kenneth Greene in the above-referenced matter. Defendants write respectfully to advise the Court that the parties have, in principle, reached an agreement to settle this action. Accordingly, we anticipate filing a Stipulation and Order of Dismissal in short order. In light of this settlement, defendants respectfully request that all upcoming deadlines be adjourned without date, including the settlement conference currently scheduled for June 23, 2015, at 2:00 p.m., before the Honorable Steven M. Gold.

    Thank you for your consideration herein.

                      Respectfully submitted,

                      /s/
                      James F. Horton
                      *Assistant Corporation Counsel*

cc: <u>VIA ECF</u>
Brett H. Klein, Esq.
Leventhal & Klein, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201