UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CHRISTOPHER ROTH,

                                              Plaintiff,      **STIPULATION AND ORDER OF DISMISSAL**

              -against-

                                                            14-CV-7251 (RJD) (SMG)

CITY OF NEW YORK, et al.,

                                              Defendants.

------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
           7/9/15, 2015

LEVENTHAL & KLEIN, LLP                          ZACHARY W. CARTER
*Attorneys for Plaintiff*                                    Corporation Counsel of the
45 Main Street, Suite 230                               City of New York
Brooklyn, New York 11201                             *Attorney for Defendants*
                                                            100 Church Street, 3rd Floor
                                                             New York, New York 10007

By: _____                     By: _____
        Brett Klein                                                     James F. Horton
        *Attorney for Plaintiff*                                   *Assistant Corporation Counsel*

                                                             SO ORDERED:

                                                             _____
                                                             HON. RAYMOND J. DEARIE
                                                             UNITED STATES DISTRICT JUDGE

                                                             Dated: _____, 2015