UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x
CHRISTOPHER ROTH,

                                         Plaintiff,    **STIPULATION AND ORDER OF DISMISSAL**

        -against-

                                         14-CV-7251 (RJD) (SMG)

CITY OF NEW YORK, et al.,

                                         Defendants.

--------------------------------------------------------------------- x

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
           7/9/15, 2015

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
    Brett Klein
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    James F. Horton
    *Assistant Corporation Counsel*

SO ORDERED:

/s/ Judge Raymond J. Dearie
_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: 7/9, 2015